```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-                           16-CR-372 (VEC)

    ERIC BOLTON,                                      ORDER
                            Defendant.

-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 18, 2022, Probation informed the Court of alleged violations of Mr. Bolton's supervised release; and

    WHEREAS on April 18, 2022, the Court referred Mr. Bolton's initial presentment to the Magistrate Judge.

    IT IS HEREBY ORDERED that an arraignment and status conference is scheduled for **April 28, 2022, at 1:30 p.m.**, in Courtroom 443, Thurgood Marshall U.S. Courthouse, located at 40 Foley Square, New York, NY 10007.

    IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Date: April 18, 2022**
**       New York, NY**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**