

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

| | |
|---|---|
| **MEMO ENDORSED** | *United States District Courthouse*<br>*300 Quarropas Street*<br>*White Plains, New York 10601* |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2022

April 19, 2022

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Eric Bolton*, 16 Cr. 372 (VEC)

Dear Judge Caproni:

  The Government respectfully requests, with the consent of the U.S. Probation Office ("Probation"), that the Court unseal the portions of Probation's file for the above-referenced defendant related to the specifications in the April 18, 2022 Expedited Violation of Supervised Release ("VOSR") Petition. Probation has indicated that these requested materials may be relevant to the instant VOSR proceedings. Accordingly, the Government respectfully requests that the Court "So Order" this letter and unseal the requested materials.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

          By: */s/ Stephanie Simon*
                Stephanie Simon
                Assistant United States Attorney
                Tel: (914) 993-1920

cc: Richard Willstatter, Esq.

---

The portions of Probation's file for Mr. Bolton related to the specifications in the April 18, 2022 memo are hereby unsealed. Probation is directed to share those portions of the file with the Government and Defense counsel.

SO ORDERED.

*/s/ Valerie Caproni*          Date: 4/20/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE